# Lee Litigation Group, PLLC

30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1124
                   taimur@leelitigation.com

January 18, 2019

**Via ECF**

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Rodriguez v. Castle Check Cashing Corp., et al.*
            Case No. 17 CV 9930 (GHW)

Dear Judge Woods:

      This joint letter is respectfully submitted to update the Court regarding scheduling of the contemplated private class-wide mediation in this matter.

      The parties are working diligently with the office of the agreed-upon mediator, Martin F. Scheinman, Esq. to schedule the mediation on the earliest date convenient for all participants. Originally, a February mediation date was contemplated, and the parties provided various mutually acceptable dates during February to Mr. Scheinman's staff. However, Mr. Scheinman's staff advised that he is unable to accommodate the parties' request for a February mediation date, due to his packed schedule of prior commitments. Accordingly, the parties are working to schedule the mediation in early March. The parties are hopeful that the mediation date will be confirmed by next week, and will promptly notify the Court of the mediation date by joint letter once it is scheduled.

Respectfully submitted,

*/s/ Taimur Alamgir*
Taimur Alamgir, Esq.
LEE LITIGATION GROUP, PLLC
*Attorneys for Plaintiff, FLSA Collective Plaintiffs, and Class Members*

Paul Piccigallo, Esq.
LITTLER MENDELSON, P.C.
*Attorneys for Defendants*