UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELIZABETH RODRIGUEZ,

    Plaintiff,

-against-

CASTLE CHECK CASHING CORP., et al.,

    Defendants.

17-CV-9930 (BCM)

**ORDER RESCHEDULING FAIRNESS HEARING**

**BARBARA MOSES, United States Magistrate Judge.**

It is hereby ORDERED that the fairness hearing currently scheduled for January 20, 2020 – a federal holiday – is RESCHEDULED for **January 22, 2020, at 10:00 a.m.**

No later than **December 6, 2019**, the parties shall file a joint letter addressing whether and how notice of the rescheduled fairness hearing date should be provided to putative class members.

Dated: New York, New York
       December 4, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**