# Littler

## MEMO ENDORSED

Littler Mendelson, PC
900 Third Avenue
New York, New York 10022

Paul R. Piccigallo
212.497.6842 direct
212.583.9600 main
631.850.5363 fax
PPiccigallo@littler.com

December 5, 2019

> Application GRANTED. SO ORDERED.
>
> [signature]
>
> Barbara Moses, U.S.M.J.
> November 5, 2019

**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge, S.D.N.Y.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Elizabeth Rodriguez v. Castle Check Cashing Corp., et al.*
        U.S. District Court, S.D.N.Y., Civil Docket No. 17-CV-9930 (GHW)

Dear Judge Moses:

This firm represents Castle Check Cashing Corp. ("Castle Check" or "the Company"), George Carballo, and Jason Carballo (the individual Defendants collectively referred to with Castle Check as "Defendants") in the above-referenced action.  We write, with Plaintiff's consent, to request a brief extension of time, from December 6 to December 12, to respond to the Court's Order Rescheduling Fairness Hearing dated December 4, 2019 (DKT 110).

Counsel for the respective parties have conferred regarding the Court's Order.  However, the undersigned counsel is unable to discuss the Court's Order with Castle Check's President and Co-owner, as he currently is out of the country without e-mail access until next week.  As such, the undersigned counsel requests a brief extension of time to enable counsel to discuss the matter with Castle Check.  This is Defendants' first request for an extension of time to respond to Your Honor's Order dated December 4, 2019.

Defendants appreciate Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ Paul R. Piccigallo*

Paul R. Piccigallo

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/5/19

cc:   All counsel of record (via ECF)